IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01582-WYD-MJW

ROSE BANKS,
GWENDOLYN SOLOMON
KENDRA HAUGHTON,
JANETTE WILLIAMS,
BARBARA McKENZIE,
THOMAS E. WILLIAMS, Jr.,
CHARLISA STEWART,
MICHELLE HARRIS, and
SHARON PARKS,

   Plaintiffs,

v.

THE DEPARTMENT OF JUSTICE, and
THE FEDERAL BUREAU OF INVESTIGATION,

   Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO STAY PROCEEDINGS FOR 60 DAYS**
( Docket no. 4 )

---

THE COURT, having considered Defendants' Unopposed Motion to Extend Time to Respond to Complaint and to Stay Proceedings for 60 Days, HEREBY GRANTS the Motion. Defendants shall respond to the Complaint motion on or before November 12, 2010. All proceedings in this case are stayed until November 12, 2010.

DATED this 23th day of September, 2010

              MICHAEL J. WATANABE
              U.S. MAGISTRATE JUDGE
              DISTRICT OF COLORADO