IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01582-WYD-MJW

ROSE BANKS,
GWENDOLYN SOLOMON,
KENDRA HAUGHTON,
JANETTE WILLIAMS,
BARBARA McKENZIE,
THOMAS E. WILLIAMS, Jr.,
CHARLISA STEWART,
MICHELLE HARRIS, and
SHARON PARKS,

      Plaintiffs,

v.

THE DEPARTMENT OF JUSTICE, and
THE FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

**ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO STAY PROCEEDINGS FOR 60 DAYS**
( Docket No. 8 )

THE COURT, having considered Defendants' Second Motion to Extend Time to Respond to Complaint and to Stay Proceedings for 60 Days, HEREBY GRANTS the Motion. Defendants shall respond to the Complaint motion on or before January 11, ~~2010~~ 2011. All proceedings in this case are stayed until January 11, ~~2010~~ 2011. ⓧ

DATED this 29th day of November, 2010

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

ⓧ The parties shall file a written status report with the Court on or before January 14, 2011.