IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01582-WYD-MJW

ROSE BANKS,
GWENDOLYN SOLOMON,
KENDRA HAUGHTON.
JANETTE WILLIAMS,
BARBARA MCKENZIE,
THOMAS E. WILLIAMS, JR.,
CHARLISA STEWART,
MICHELE HARRIS,   and
SHARON PARKS,

Plaintiff(s),

v.

DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF INVESTIGATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Extend Time to Respond to
Complaint and to Stay Proceedings for Six Months (docket no. 13) is GRANTED for
those reasons as outlined in the subject motion which this court incorporates by
reference as the basis for granting the subject motion.  Defendants shall have up to and
including July 11, 2011, to file an Answer or otherwise respond to the Complaint.

It is FURTHER ORDERED that this case is set for a Rule 16 Scheduling
Conference on July 14, 2011, at 9:30 a.m., in Courtroom A-502, Alfred A. Arraj United
States District Court, 901 19th Street, Denver CO 80294.  The parties shall file their
proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16
Scheduling Conference.

Date:  January 12, 2011