IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01582-WYD-MJW

ROSE BANKS;
GWENDOLYN SOLOMON;
KENDRA HAUGHTON;
JANETTE WILLIAMS;
BARBARA McKENZIE;
THOMAS E. WILLIAMS, JR.;
CHARLISA STEWART;
MICHELE HARRIS; and
SHARON PARKS,

      Plaintiffs,

v.

THE DEPARTMENT OF JUSTICE and
THE FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

## ORDER OF RECUSAL

      This matter is before me on a review of the file.  Before this case was filed, I was contacted by a couple of the parties regarding circumstances that are related to this case.  Due to these contacts, I believe that my impartiality might reasonably be questioned.  Accordingly, I find that I should recuse myself pursuant to 28 U.S.C. § 455(a).  It is therefore

      ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: January 27, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge