**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01582-CMA-MJW

ROSE BANKS,
GWENDOLYN SOLOMON,
KENDRE HAUGHTON,
JANETTE WILLIAMS,
BARBARA McKENZIE,
THOMAS E. WILLIAMS JR.,
CHARLISA STEWART,
MICHELE HARRIS, and
SHARON PARKS,

     Plaintiffs,

v.

THE DEPARTMENT OF JUSTICE, and
THE FEDERAL BUREAU OF INVESTIGATION,

     Defendants.

---

**ORDER OF RECUSAL**

---

     This matter is before me on a review of the file.  There has been one previous criminal matter and there is a current criminal matter before me, both of which involve children of one of the above-referenced Plaintiffs.  The facts in both criminal matters appear to be somewhat related to the instant civil action.  Therefore, I believe that, pursuant to 28 U.S.C. § 455(a), I should recuse myself.  It is, therefire,

     ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

     DATED:  February __02__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge