IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01582-PAB-MJW

ROSE BANKS,
GWENDOLYN SOLOMON,
KENDRA HAUGHTON,
JANETTE WILLIAMS,
BARBARA MCKENZIE,
THOMAS E. WILLIAMS, JR.,
CHARLISA STEWART,
MICHELE HARRIS, and
SHARON PARKS,

    Plaintiffs,

v.

THE DEPARTMENT OF JUSTICE and
THE FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

## ORDER OF RECUSAL

    This matter is before me on review of the file.  I find that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES to recuse myself in this matter due to friendship with two persons mentioned in the Complaint, Gregory Goldberg and Matt Kirsch.  It is therefore

    ORDERED that I recuse myself from this matter.  It is further

    ORDERED that the Clerk shall randomly reassign this case to another judge of this Court.

DATED February 4, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge