IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01582-MSK-MJW

ROSE BANKS,
GWENDOLYN SOLOMON,
KENDRA HAUGHTON.
JANETTE WILLIAMS,
BARBARA MCKENZIE,
THOMAS E. WILLIAMS, JR.,
CHARLISA STEWART,
MICHELE HARRIS,   and
SHARON PARKS,

Plaintiff(s),

v.

DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF INVESTIGATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Motion to Extend Time to Respond to Complaint, to Stay Proceedings for Six Months, and to Reset Scheduling Conference (Docket No. 33) is GRANTED for those reasons as outlined in the subject motion which this court incorporates by reference as the basis for granting the subject motion.  It is thus further

ORDERED that the defendants shall have up to and including January 11, 2012, to file an Answer or otherwise respond to the Complaint.  It is further

ORDERED that all proceedings in this case are stayed until January 11, 2012.  It is further

ORDERED that the Rule 16 Scheduling Conference set for July 14, 2011, at 9:30 a.m. is VACATED AND RESET to January 20, 2012, at 9:00 a.m. in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver, Colorado 80294. The parties shall file their proposed Rule 16 Scheduling Order with the court on or before five (5) business days prior to the conference.

Date:  July 8, 2011