IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01582- WYD-MJW

ROSE BANKS,
GWENDOLYN SOLOMON,
KENDRA HAUGHTON,
JANETTE WILLIAMS,
BARBARA McKENZIE,
THOMAS E. WILLIAMS, JR.,
CHARLISA STEWART,
MICHELE HARRIS, and
SHARON PARKS,

      Plaintiffs,

vs.

THE DEPARTMENT OF JUSTICE, and
THE FEDERAL BUREAU OF INVESTIGATION,

      Defendants.

---

**ORDER ON UNOPPOSED MOTION TO APPEAR AT SCHEDULING HEARING BY TELEPHONE** (Docket No. 46)

---

AND NOW this 17th day of January, 2012, upon consideration of the Unopposed Motion to Appear at Scheduling Hearing by Telephone, it is hereby ORDERED and DECREED that the Motion is **GRANTED**. The Court's phone number is (303) 844-2403.

**SO ORDERED.**

1-17-2012

BY THE COURT:

_____
Judge Michael J. Watanabe