IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01582-MSK-MJW

ROSE BANKS,
GWENDOLYN SOLOMON,
KENDRA HAUGHTON.
JANETTE WILLIAMS,
BARBARA MCKENZIE,
THOMAS E. WILLIAMS, JR.,
CHARLISA STEWART,
MICHELE HARRIS,   and
SHARON PARKS,

Plaintiff(s),

v.

DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF INVESTIGATION,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Motion for Entry of Protective Order (docket no. 52) is GRANTED finding good cause shown.  The written Protective Order (docket no. 52-1) is APPROVED and made an Order of the Court.

Date:  June 21, 2012